**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HUNG NG,
ALIEN # A040-293-059,**

    **Petitioner,**

vs.                                                      Case No. 4:10cv268-RH/WCS

**ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

    **Respondents.**

    _____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241 on June 29, 2010. Doc. 1. Petitioner was being detained at the Wakulla County Jail in Crawfordville, Florida, at the time he initiated this case. *Id.* He is a native of China, the country of his birth, had been in detention for more than six months at the time of case initiation. He claimed Respondents had been unable to effect his removal, will be unable to do so in the reasonably foreseeable future, yet refused to release him. Finding the petition sufficient, and noting Petitioner was not challenging the validity of the removal order, only indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001), I entered a service order directing Respondents to respond. Doc. 12.

After that order was entered on August 13, 2010, Petitioner's copy of court orders were twice returned to the court as undeliverable. Docs. 16, 17. Respondents have now filed a motion to dismiss this § 2241 petition as moot because Petitioner was released from custody on July 20, 2010. Doc. 15.

As Petitioner has been granted the relief he sought in the petition, and in the month since he was released he has not notified the Court of his release, it appears that Petitioner has abandoned this litigation after being given the relief sought. This case is, accordingly, moot and Petitioner no longer has a controversy with Respondents.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 15, be **GRANTED**, and the § 2241 petition filed by Hung Ng be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on August 27, 2010.

   s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**